IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re CAITLIN KRIEBEL,

_____/

MISC. CASE NO.
4:11mc16-RH

## ORDER REQUIRING APPEARANCE IN COURT

The respondent Caitlin Kriebel must appear in court in person at a hearing on March 17, 2011, at 11:00 a.m., in Courtroom 5-East, United States Courthouse, 111 N. Adams St., Tallahassee, Florida.  At the hearing, Ms. Kriebel must show cause why she should not be held in contempt of court or another sanction imposed for repeatedly failing to report for jury duty as instructed.  If Ms. Kriebel fails to appear, a warrant may be issued for her arrest.

SO ORDERED on February 23, 2011.

s/Robert L. Hinkle
United States District Judge